

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 19, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/19

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: *Adhikaar, et al. v. U.S. Dep't of Homeland Security, et al.*, 19 Civ. 5881 (GHW)

Dear Judge Woods:

    I write respectfully on behalf of the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, the U.S. Department of State, and U.S. Immigration and Customs Enforcement (collectively, "Defendants"), the defendants in the above-referenced FOIA case to request an adjournment of the telephone conference scheduled for November 21, 2019, at 10:00 a.m. Dkt. No. 38. I am scheduled to be in a mediation in another case at that time. I have conferred with counsel for Plaintiffs and we are both available for a rescheduled telephone conference on the following dates: November 25 or 26, December 2 (after 11:00 a.m.), 3, or 4. This is Defendants' first request for an adjournment of this conference and Plaintiffs consent to this request.

    I thank the Court for its consideration of this request.

                                Respectfully,

                                GEOFFREY S. BERMAN
                                United States Attorney for the
                                Southern District of New York

       by:    */s/ Jennifer Jude*
               JENNIFER JUDE
               Assistant United States Attorney
               86 Chambers Street, 3rd floor
               New York, NY 10007
               Tel: (212) 637-2663
               *Counsel for Defendants*

Application granted. The telephone conference currently scheduled for November 21, 2019 is adjourned to December 2, 2019 at 2:00 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.
SO ORDERED.

Dated: November 19, 2019
New York, New York

                                GREGORY H. WOODS
                                United States District Judge