```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ADHIKAAR, *et al.*,

                Plaintiffs,

-v –

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

                Defendants.
-------------------------------------------------------------- X

1:19-cv-5881-GHW

ORDER

**GREGORY H. WOODS**, United States District Judge:

    In the Court's order dated August 15, 2023, Dkt. No. 79, the parties were directed to submit a joint status letter to the Court no later than November 13, 2023. The Court has not received the joint status letter. The parties are directed to comply with the Court's August 15, 2023 order forthwith and in any event no later than November 17, 2023.

    SO ORDERED.

Dated: November 15, 2023
       New York, New York

                                                                  GREGORY H. WOODS
                                                     United States District Judge