USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADHIKAAR, et al.,

                                Plaintiffs,

                  -against-                          1:19-cv-5881-GHW

                                                ORDER

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

                              Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated November 16, 2023, Dkt. No. 82, the parties were directed to submit a joint status letter to the Court no later than February 14, 2024. The Court has not received the joint status letter. The parties are directed to comply with the Court's November 16, 2023 order forthwith and in any event no later than February 21, 2023.

      SO ORDERED.

Dated: February 15, 2024
New York, New York

                                                          GREGORY H. WOODS
                                                 United States District Judge